# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

————————————————

No. 1D20-2680

————————————————

DEPARTMENT OF HEALTH,

  Appellant,

  v.

JEREMIAH LEE KENNEY-WRIGHT,
D.C.,

  Appellee.

————————————————

On appeal from the Department of Health, Board of Chiropractic Medicine. Dr. Danita Heagy, Chair.

September 3, 2021

PER CURIAM.

  AFFIRMED.

B.L. THOMAS, BILBREY, and NORDBY, JJ., concur.

————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

————————————————

Sarah Young Hodges, Chief Appellate Counsel, Florida Department of Health, Tallahassee, for Appellant.

Edwin A. Bayó, Julie Gallagher, and Paul P. Drake of Grossman, Furlow, and Bayó, LLC, Tallahassee, for Appellee.